■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON LEININGER, Appellant. [775 NYS2d 695]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered February 8, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and criminal possession of a controlled substance in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed for reasons stated at suppression court. Present—Green, J.P., Wisner, Hurlbutt, Kehoe and Lawton, JJ.